ALLEN W. FIELD ET AL. V. LINCOLN GAS & ELECTRIC LIGHT COMPANY ET AL.

FILED SEPTEMBER 20, 1905.  No. 13,908.

Case Followed. For the reasons set forth in *Field v. Nebraska Telephone Co., ante,* p. 419, the judgment of the district court is affirmed.

ERROR to the district court for Lancaster county: EDWARD P. HOLMES, JUDGE. *Affirmed.*

*Allen W. Field* and *Tibbets & Anderson,* for plaintiffs in error.

*Halleck F. Rose* and *J. L. Caldwell, contra.*

OLDHAM, C.

This is a companion case to *Field v. Nebraska Telephone Co., ante,* p. 419, and involves the identical question on the settlement of a bill of exceptions from the

county board of equalization therein determined. The causes were argued together, and for the reasons set forth therein, we recommend that the judgment of the district court be affirmed.

AMES and LETTON, CC., concur.

By the Court: For the reasons given in *Field v. Nebraska Telephone Co., ante,* p. 419, the judgment of the district court is

AFFIRMED.